IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

**NOV 17 2003**

Judge James B. Moran
United States District Court

| | | |
|---|---|---|
| EDDIE WHITE, by his Mother and Next Friend, HARRIET RAGGS, | ) ) ) | |
| Plaintiff, | ) ) | No. 03 C 1818 |
| v. | ) ) | Judge Moran |
| CITY OF CHICAGO, and CHICAGO POLICE OFFICERS DANIEL BORA, DANIEL GORMAN, and JOHN KILLACKEY, | ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiff Eddie White, a minor, by his legal guardian and next friend Harriet Raggs, by his attorney, Daniel S. Alexander, and Defendants City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and Daniel Bora, Daniel Gorman, and John Killackey, by one of their attorneys, Jelena Beuk, Assistant Corporation Counsel of the City of Chicago, herein stipulate and agree to the following:

1.     This action has been brought by plaintiff Eddie White, a minor, by his legal guardian and next friend Harriet Raggs, against defendants City of Chicago, Daniel Bora, Daniel Gorman, and John Killackey, and makes certain allegations contained in plaintiff's First Amended Complaint.

2.     Harriet Raggs, who is the legal guardian and next friend of Eddie White, a minor, agrees to act as the legal guardian and next friend of Eddie White to represent and protect the interest of Eddie White, for purposes of joining this action as a party and effectuating the settlement and release of the minor's claims and this lawsuit.

3.      Defendants have no objection to Harriet Raggs being legal guardian and next friend to represent this minor child, Eddie White, in the settlement of this case and the release of any claims which the minor, Eddie White, had, has, or may have in the future resulting from the incidents which form the basis of the First Amended Complaint, so long as this court finds Harriet Raggs is a competent and appropriate guardian to represent the best interest of the aforesaid child for purposes of joining this action as a party and effectuating the settlement and release of the minor's claims and this lawsuit.

4.      Plaintiff Eddie White, a minor, by his legal guardian and next friend, Harriet Raggs, and their attorney represent and warrant that the proceeds of the settlement herein shall be distributed to the minor, Eddie White, as provided by law, pursuant to 755 ILCS 5/1-1, et seq., and any other applicable provisions. Plaintiff Harriet Raggs, as guardian of Eddie White, and their attorney further represent and warrant that they will take any and all necessary steps and will follow such rules of procedure as may be required by the Circuit Court of Cook County, Illinois, respecting the administration of the minor's estate and the distribution of the proceeds of the settlement, including but not limited to the procurement of any approvals, findings, or order of the Probate Division of the Circuit Court of Cook County of Illinois.

5.      Defendants deny each and every allegation of wrongdoing as stated in plaintiff's First Amended Complaint, and, further, deny liability.

6.      The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any

2

defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees. The parties and their respective attorneys, further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiffs and their attorney agree that they or any firm with which said attorney is affiliated or with which said attorney may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

7.      In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff Eddie White, a minor, by his legal guardian and next friend Harriet Raggs, agrees to dismiss with prejudice all of his claims against defendants City of Chicago, Daniel Bora, Daniel Gorman, and John Killackey, in accordance with the settlement amounts set forth in paragraph eight.

8.      Plaintiff Eddie White, a minor, by his legal guardian and next friend Harriet Raggs, accepts a settlement from the City of Chicago, in the total amount of FORTY THOUSAND AND NO/100 ($40,000.00) DOLLARS. All parties in this case shall each bear their own costs and attorney's fees.

9.      The City of Chicago agrees to pay plaintiff the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and plaintiffs and/or their attorney agree that they will not seek payment from any source other than

3

the City of Chicago. The settlement check will be made payable to plaintiffs, their attorney, and lien claimants, if any, of which the City has notice.

10.     In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs agree to indemnify and hold harmless the City of Chicago, and its future, current or former officers, agents and employees including, but not limited to the individual defendants, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiffs under the settlement entered pursuant to this Release and Settlement Agreement.

11.     Plaintiffs, upon advice of counsel, understand and agree that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiffs do hereby release and forever discharge on behalf of themselves and their heirs, executors, administrators and assigns, all claims they had or have against individual defendants and the City of Chicago, and its future, current, or former officers, agents and employees, including but not limited to all claims they had, have or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis for this litigation.

12.     This Release and Settlement Agreement and any documents that may be executed under paragraph 17 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

4

13. Harriet Raggs, as the legal guardian and next friend of Eddie White, further represents that she, upon advice of her attorney, believes that this stipulation and settlement is fair, reasonable and in the best interest of the minor plaintiff, Eddie White.

14. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

15. In entering into this Release and Settlement Agreement, plaintiffs represent that they have relied upon the advice of his their attorney, who is the attorney of their own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to them by their attorney, and that those terms are fully understood and voluntarily accepted by plaintiffs. Plaintiffs also represent and warrant that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that they and their attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

16. This Release and Settlement Agreement is expressly conditioned on this court's approval of the guardianship of Harriet Raggs to represent and protect the interest of the minor child, Eddie White, for purposes of joining this action as a party and effectuating the settlement and release of the minor's claims of this lawsuit. This Release and Settlement Agreement also is expressly conditioned on this Court's examination and approval of the terms and conditions of the settlement contained herein.

5

17. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

_____
Eddie White, Plaintiff, a minor, by Harriet
Raggs, his legal guardian and next friend

Address: _____
_____

Date of birth: _____

*SSN: _____
_____
Daniel S. Alexander
Attorney for Plaintiff Eddie White, a minor, by
Harriet Raggs, his legal guardian and next friend
33 North LaSalle Street, Suite 3300
Chicago, Illinois 60602
312/263-0005

Attorney No. _____

DATE: _____11- 17-03_____

*Providing SSN is voluntary

CITY OF CHICAGO,
a municipal corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
George J. Yamin, Jr.
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0454
Attorney No. 06217483

DATE: _11-17-03_

_____
Jelena Bcuk
Assistant Corporation Counsel
Attorney for Defendants Bora, Gorman, and
Killackey
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684
Attorney No. 06242524

DATE: _11/17/03_