IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 17 2003
Judge James B. Moran
United States District Court

| | | |
|---|---|---|
| EDDIE WHITE, by his Mother and Next Friend, HARRIET RAGGS, | ) ) ) | |
| Plaintiff, | ) ) | No. 03 C 1818 |
| v. | ) ) | Judge Moran |
| CITY OF CHICAGO, et al., | ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed herewith and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Daniel S. Alexander
Attorney for Plaintiff Eddie White, a minor,
by his legal guardian and best friend, Harriet
Raggs
33 North LaSalle Street, Suite 3300
Chicago, Illinois 60602
(312) 263-8005
Attorney No._____

DATE: 11-17-03

_____
Jelena Beuk
Assistant Corporation Counsel
Attorney for Defendants Bora, Gorman, and Killackey
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684
Attorney No. 06242524

DATE: 11/17/03

Respectfully submitted,

CITY OF CHICAGO,
a municipal corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
George J. Yamin, Jr.
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0454
Attorney No. 06217483

DATE: 11-17-03